# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     Case No. 04-C-1117

GERALD J. POWERS, II,

        Defendant.

# ORDER

A mediation was conducted in the above-captioned matter on August 11, 2005. The parties reached a settlement agreement. Based upon this agreement, the parties will forward to United States District Judge Charles N. Clevert the appropriate settlement documents by September 9, 2005.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this case be and hereby is returned to United States District Judge Charles N. Clevert for entry of an appropriate order of dismissal after the parties submit, by **September 9, 2005**, their finalized settlement documents.

Dated at Milwaukee, Wisconsin, this 12th day of August, 2005.

                                              BY THE COURT:

                                              s/Patricia J. Gorence
                                              PATRICIA J. GORENCE
                                              United States Magistrate Judge